DANIEL HILL, ESQ.
NV Bar # 12773
HILL FIRM
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
Tel:   (702) 848-5000
Fax:  (702) 442-8338
dan@hillfirmlawyers.com
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>PETER ROCHA<br><br>    Defendant. | **2:22-mj-00260-BNW**<br><br>**PETER ROCHA'S MOTION TO QUASH BENCH WARRANT** |

This is Peter Rocha's motion to quash bench warrant. The Court, after attempting to summons Mr. Rocha twice, finally issued a bench warrant on July 14, 2022. This motion follows immediately upon the undersigned discovering the warrant.

Mr. Rocha is in regular contact with the undersigned. The summons issued by the Court is not available for viewing on CM/ECF, but Mr. Rocha suspects it may have been issued to an old address. Mr. Rocha is ready and able to appear before the Court for his arraignment and plea, and respectfully requests that the Court recall the warrant issued and reschedule his arraignment.

Respectfully submitted this 1st day of September 2022.

**ORDER**
**IT IS SO ORDERED**
**DATED:** 11:13 am, September 02, 2022

*[signature]*
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**HILL FIRM PLLC**

By: */s/ Daniel Hill*
   DANIEL HILL, ESQ.
   NV Bar # 12773

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September 2022, a true and correct copy of **PETER ROCHA'S MOTION TO QUASH BENCH WARRANT** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Daisy Mendoza*
For HILL FIRM PLLC