DANIEL HILL
HILL FIRM PLLC
Nevada Bar No. 12773
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
Phone: 702-848-5000
Fax: 702-442-8338
dan@hillfirmlawyers.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PETER ROCHA-CABRERA,<br><br>　　　　　Defendant. | Case No. 2:22-mj-00260-BNW<br><br>STIPULATION TO CONTINUE TRIAL<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between The United States of America, through Imani Dixon, Esq., Assistant United States Attorney, together with Daniel Hill, Esq., counsel for defendant Peter Rocha, that the trial currently scheduled for February 7, 2023 at 9:00a.m. be vacated and set to a date and time convenient to this Court, around 90 days from the current trial date.

This stipulation is entered into for the following reasons:

1. The Defendant is out of custody and does not object to the continuance.

2. Defense counsel needs additional time to conduct investigation in this case to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or be resolved.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the first request for a continuance of the trial.

DATED this 7th day of February 2023.

/s/ Daniel Hill
_____
Daniel Hill, Esq.
Counsel for Defendant

/s/ Imani Dixon
_____
Imani Dixon, Esq.
Counsel for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-mj-00260-BNW |
| Plaintiff, | ORDER |
| vs. | |
| PETER ROCHA-CABRERA, | |
| Defendant. | |

Based on the stipulation and good cause appearing,

IT IS HEREBY ORDERED that trial in the above-captioned matter currently scheduled for February 8, 2023 at 9:00 a.m., be vacated and continued to May 24, 2023 at 9:00 a.m.

DATED: February 7, 2023

_____
THE HON. BRENDA N. WEKSLER
U.S. MAGISTRATE JUDGE

3