JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
IMANI DIXON
Assistant United States Attorney
Nevada Bar Number 15724
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336/Fax: 702.388.6418
Imani.Dixon@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>PETER FIDEL ROCHA-CABRERA,  )<br>  )<br>        Defendant.  )<br>  )<br>_____ ) | Case No.:   2:22-mj-260-BNW<br><br>**STIPULATION TO CONTINUE THE JOINT STATUS REPORT** |

IT IS STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and IMANI DIXON, Assistant United States Attorney, counsel for the United States of America, and DAN HILL, counsel for the defendant PETER FIDEL ROCHA-CABRERA that the Joint Status Report due date be continued.

This Stipulation is entered into based upon the following:

1. On or about May 24, 2023, defendant entered into a Petty Offense Agreement with the United States in which he agreed to plead guilty to the amended Count One of the Complaint, Reckless Driving, in violation of 36 C.F.R. § 4.2 and NRS 484B.653. *See* ECF No. 25.

2. The parties agreed to recommend that defendant be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $500 fine and a mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's (1)

DUI course and (2) Victim Impact Panel; (iii) complete an eight (8) hour online alcohol awareness course; (iv) not return to Lake Mead National Recreation Area for a period of six months; and (v) not violation any local, state, or federal laws.

3. On May 24, 2023, this Court sentenced defendant pursuant to the parties' plea agreement. *See* ECF No. 21.

4. Defendant has completed most of his conditions but require additional time to complete the eight (8) hour online alcohol awareness course.

5. As such, the parties jointly request that the Joint Status Report due date be continued for two (2) weeks.

DATED this 28th day of November, 2023.

Respectfully submitted,
JASON M. FRIERSON
United States Attorney

/s/ Dan Hill
DAN HILL, ESQ.
Attorney for Defendant
**PETER FIDEL ROCHA-CABRERA**

/s/ Imani Dixon
IMANI L. DIXON, ESQ.
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>    Plaintiff,    )<br>)<br>vs.    )<br>)<br>)<br>PETER FIDEL ROCHA-CABRERA,  )<br>)<br>    Defendant.    )<br>)<br>_____ ) | Case No.:   2:22-mj-260-BNW<br><br>**ORDER TO CONTINUE<br>THE JOINT STATUS REPORT** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant PETER FIDEL ROCHA-CABRERA has successfully completed some, but not all of his conditions.

2. Defendant requires additional time to complete the alcohol awareness course.

3. The parties jointly request that the Joint Status Report due date be continued for two (2) weeks.

## **ORDER**

IT IS HEREBY ORDERED that the Joint Status Report due date in the above-captioned matter case be continued to  December 13, 2023  .

DATED this   29   day of November, 2023

_____
UNITED STATES MAGISTRATE JUDGE

3